PROB 12C
(7/93)

Report Date: October 10, 2014

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2014

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Aaron Anthony Maxwell | Case Numbers: 2:07CR00097-FVS-1<br>2:07CR00098-FVS-1 |
| Address of Offender: | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: February 11, 2008

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. § 5861(d);<br>Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 37 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela Jackson Byerly | Date Supervision Commenced: November 28, 2012 |
| Defense Attorney: | Matthew Campbell | Date Supervision Expires: May 27, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.
2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

**Supporting Evidence**: On October 10, 2014, Mr. Maxwell was arrested for delivery of a controlled substance, oxycodone, by the Spokane Police Department, in violation of mandatory condition numbers 2 and 3 of his terms of supervised release.

According to Spokane Police Department report number 14-802701, Mr. Maxwell sold a quantity of oxycodone, an illegal controlled substance, on August 28, 2014.

Prob12C
Re: **Maxwell, Aaron Anthony**
**October 10, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/10/2014

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

October 14, 2014

Date